## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **WILLIAM CROWLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 06-CV-066-WDS** |
| | ) | |
| **PFIZER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and

**TRANSFERS** this case to the Clerk of the Court for reassignment by random draw.

**IT IS SO ORDERED.**

**DATED: February 15, 20006.**

                                                  s/ WILLIAM D. STIEHL
                                                    DISTRICT JUDGE


Case reassigned to United States District Judge Michael J. Reagan.  All future pleadings
shall bear Case No. 06-CV-066-MJR.